IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VENT-MATIC COMPANY, LLC and
AMERAMID, INC.,

                    Plaintiffs,

  v.

DRAUGHT TECHNOLOGIES, LLC,
BEVERAGE SERVICES, LLC,
BEVERAGE EQUIPMENT INTERNATIONAL, LLC,
and STEVEN SALCEDO,

                    Defendants.

ORDER

14-cv-902-jdp

---

On March 28, 2016, the court held a hearing on plaintiffs Vent-Matic Company, LLC and Ameramid, Inc.'s motion for contempt, Dkt. 38, and defense counsel's motion to withdraw, Dkt. 40.

The court granted defense counsel's motion to withdraw, for reasons discussed at the hearing.

With respect to plaintiffs' motion for contempt, the court found as follows:

1. Defendants are found to be in contempt of court for failing to file a report in writing, under oath, setting forth in detail the manner and form in which the defendants have complied with the terms of the permanent injunction (Dkt. 36 and Dkt. 37) within 30 days after the permanent injunction issued.

2. Defendants are ordered to file the required report referenced in the above paragraph within two weeks of the date of this order.

3. After the two-week window expires, defendants will incur daily monetary sanctions of $50 per day for each day that defendants do not comply with this order. Daily sanctions will be capped at $5,000.

4. Defendants will pay plaintiffs' reasonable attorney fees incurred in filing the motion for contempt.

5. Defendants are jointly and severally liable for payment of any amounts awarded under this order.

Defense counsel represented that he will make sure that defendants receive a copy of this order.

## ORDER

IT IS ORDERED that:

1. Plaintiffs Vent-Matic Company, LLC and Ameramid, Inc.'s motion for contempt, Dkt. 38, is GRANTED.

2. Defense counsel's motion to withdraw, Dkt. 40, is GRANTED.

Entered April 4, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge